**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: DAWN M. LYNCH,<br><br>                Debtor.<br><br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET- BACKED BONDS, SERIES 2004-7,<br><br>                Movant,<br><br>                and<br><br>DAWN M. LYNCH,<br><br>                Debtor. | Chapter 13<br>Case No. 18-10314-BLS<br><br><br><br><br><br><br><br><br><br>Objections due: October 22, 2018 @ 04:00 p.m.<br>Hearing Date: October 30, 2018 @ 10:00a.m. |

**NOTICE OF MOTION**

**TO:**

| | | |
|---|---|---|
| **Dawn M. Lynch**<br>P.O. Box 76<br>Lewes, DE 19958<br><br>**William F. Jaworski, Jr.**<br>**Law Office of William F. Jaworski**<br>**1274 S. Governors Ave.**<br>**Dover, DE 19904** | **U.S. Trustee**<br>**Office of the United States Trustee**<br>**J. Caleb Boggs Federal Building**<br>**844 King Street, Suite 2207**<br>Lockbox 35<br>Wilmington , DE 19801 | **Michael B. Joseph**<br>**Chapter 13 Trustee**<br>**824 Market Street**<br>P.O. Box 1351<br>**Wilmington, DE 19899-1351** |

      You are required to file a response to the attached motion on or before October 22, 2018 at 4:00 p.m. Eastern Standard Time.

      At the same time, you must also serve a copy of the response upon Movant's attorney:

      Kristi J. Doughty, Esquire
      McCabe, Weisberg & Conway, LLC
      1407 Foulk Road, Suite 204
      Foulkstone Plaza
      Wilmington, DE 19803

**HEARING ON THE MOTION WILL BE HELD on October 30, 2018 at 10:00a.m.** in the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE OCTOBER 22, 2018 AT 4:00 PM EASTERN STANDARD TIME.  FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

McCABE, WEISBERG & CONWAY, LLC

*/S/   Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

DATED:  September 43, 2018