# EXHIBIT B

## POST-PETITION PAYMENT HISTORY

| Name: | Dawn M Lynch | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 18-10314-BLS | | | | | |
| Filing Date: | 2/13/2018 | | | | | |
| Post First Due: | 3/1/2018 | | | | Completed By: | jnarasim |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| 3/1/2018 | 2/27/2018 | $ 444.44 | $ 444.44 | $ - | $ - | |
| 4/1/2018 | 4/2/2018 | $ 444.44 | $ 444.44 | $ - | $ - | |
| 5/1/2018 | 5/7/2018 | $ 444.44 | $ 444.44 | $ - | $ - | |