# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: DAWN M. LYNCH,<br><br>Debtor.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET- BACKED BONDS, SERIES 2004-7,<br><br>Movant,<br><br>and<br><br>DAWN M. LYNCH,<br><br>Debtor. | Chapter 13<br>Case No. 18-10314-BLS |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, __Marilyn Solivan_____, declare under penalty of perjury as follows:

1. I am employed as a _Contract Management Coordinator_ of Ocwen Loan Servicing, LLC and am authorized to sign this Affidavit on behalf of Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset- Backed Bonds, Series 2004-7 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records., I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4. The Debtor, Dawn M. Lynch has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtor, Dawn M. Lynch has executed and delivered or is otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of August 3, 2018, there are one or more defaults in paying Debtors post-petition amounts due with respect to the Note.

6. As of August 3, 2018, the unpaid principal balance of the Note is $124,210.95.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note that have been missed by the Debtor as of August 3, 2018.

| Number of Missed Payments | From: | To: | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 06/01/2018 | 08/01/2018 | $207.02 | $237.42 | $444.44 | $1,333.32 |
| | | | | Less post-petition partial payments (suspense balance): | | $0.00 |
| | | | | | Total: | $1,333.32 |

8. True copies of the Note, Mortgage, Assignments and Loan Modification are attached collectively hereto as Exhibit "A", and are incorporated herein.

9. The amount due as of August 3, 2018 is $136,539.20 as set forth below:

    (a) Unpaid principal     $124,210.95
    (b) Accrued interest     $3,947.18
    (c) Late Charges     $51.75
    (d) FC Thru Judgment     $470.00
    (e) Statutory Mailings     $87.32
    (f) Court     $239.00
    (g) Sheriff Process     $30.00
    (h) Statutory Mailings     $0.46
    (i) Service of Process     $24.00
    (j) Clerk Certified Documents     $135.00
    (k) Objection to Confirmation     $400.00
    (l) Review of Plan/Notice of Appearance     $150.00
    (m) FC Thru Title Searches     $1,645.00
    (n) Title Report Fee     $260.00
    (o) Property Inspection Fee     $154.50
    (p) Escrow Advance     $4,734.04

    Per Diem     $6.90060800

10. As of August 3, 2018, the total post-petition arrearage/delinquency is $1,883.32 consisting of (i) the foregoing total of missed post-petition payments in the amount of $1,333.32, plus (ii) the following post-petition fees:

| Description | Amount |
|---|---|
| Bankruptcy Fees | $550.00 |

11. Attached hereto as Exhibit #1 is a post-petition payment history.

12. The Debtor estimated the Property value of $143,100.00 in Schedule D. Movant has not recently assessed the value of the Property and reserves the right to do so as necessary.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12th day of Sept, 2018.

Signature

Name: Marilyn Solivan

Title: Contract Management Coordinator

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 12th day of Sept, 2018, by Marilyn Solivan as Contract Management Coordinator for Ocwen Loan Servicing, LLC who is the servicer for Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset- Backed Bonds, Series 2004-7 who is personally known to me or who has produced ———— as identification.

Signature of Notary Public
Name of Notary Public: Javier Rivera

Notary Public State of Florida
Javier Rivera
My Commission FF 987299
Expires 04/28/2020

Personally known: ✓
OR Produced Identification: ———
Type of Identification Produced: ———

3

# EXHIBIT #1

| Name: | Dawn M Lynch | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 18-10314-BLS | | | | | |
| Filing Date: | 2/13/2018 | | | | | |
| Post First Due: | 3/1/2018 | | | | Completed By: | jnarasim |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| 3/1/2018 | 2/27/2018 | $ 444.44 | $ 444.44 | $ - | $ - | |
| 4/1/2018 | 4/2/2018 | $ 444.44 | $ 444.44 | $ - | $ - | |
| 5/1/2018 | 5/7/2018 | $ 444.44 | $ 444.44 | $ - | $ - | |

| Name: | Dawn M Lynch | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 18-10314-BLS | | | | | |
| Filing Date: | 2/13/2018 | | | | | |
| Completed by: | jnarasim | | | | | |
| Due Date | Total Payment | Principal | Interest | Escrow | Optional Products | NOPC Filed Date |
| 6/1/2018 | $ 444.44 | $ - | $ 207.02 | $ 237.42 | | |
| 7/1/2018 | $ 444.44 | $ - | $ 207.02 | $ 237.42 | | |
| 8/1/2018 | $ 444.44 | $ - | $ 207.02 | $ 237.42 | | |
| | $ - | | | | | |
| | $ - | | | | | |
| | $ - | | | | | |
| Total Due | $ 1,333.32 | $ - | $ 621.06 | $ 712.26 | $ - | |